UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO LAFON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMENTUM SERVICES, INC., a Delaware corporation, and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 23-cv-1037-DMS-JLB<br><br>**ORDER DISMISSING CASE** |

Plaintiff filed a notice of voluntary dismissal pursuant to FRCP 41(a)(1)(A)(i) to dismiss this case without prejudice. (ECF No. 8). The Court notes that Defendants filed an answer in this case before it was removed to this court. (ECF 1-2). Nonetheless, the Court hereby **DISMISSES** this case without prejudice.

**IT IS SO ORDERED.**

Dated: February 5, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge